## NELLE SHARPE v. STATE.

No. A-3225.   Opinion Filed April 12. 1919.

(179 Pac. 768.)

1.  **INTOXICATING LIQUORS—Unlawful Possession—Sentence.**
The state's evidence showing that appellant was in possession
of 1,200 quart bottles of beer and a large amount of whisky and
alcohol stored under her house. and that she had been previously
convicted of a violation of the prohibitory liquor laws, war-
ranted the extreme punishment of a fine of $500 and an im-
prisonment of six months in county jail.

2.  **APPEAL AND ERROR—Abandonment of Appeal—Affirmance.**
Where no brief was filed for appellant. and it appeared that the
appeal had been adandoned. and where there was no funda-
mental error in the record. the Attorney General's motion to
affirm the conviction for failure to diligently prosecute the appeal
would be sustained.

*Appeal from County Court, Ottawa County;*
*N. C. Barry, Judge.*

Nelle Sharpe was convicted of the crime of unlawful
possession of intoxicating liquor, and appeals.   Judgment
affirmed.

*S. P. Freeling,* Atty Gen., and *W. C. Hall,* Asst. Atty.
Gen., for the State.

PER CURIAM.   Nelle Sharpe was convicted in the
county court of Ottawa county of the crime of unlawful
possession of intoxicating liquor, and sentenced to pay a
fine of $500 and to serve a term of six months' imprison-
ment in the county jail of said county.

This appeal has been pending in this court since the
19th day of December, 1917.   On the 5th day of April,
1919, the cause was submitted on motion by the Attorney
General to affirm the judgment for failure to diligently
prosecute the appeal.

No brief has been filed in behalf of plaintiff in error. The evidence on the part of the state shows that the plaintiff in error was in possession of 1,200 quart bottles of beer, and a large amount of whisky and alcohol in addition thereto; that this liquor was stored in a plant under the house that she was occupying in the town of Commerce. The evidence also shows that the defendant had previously been convicted of a violation of the prohibitory liquor laws. The extreme punishment imposed is clearly warranted by the state's evidence.

Finding no fundamental error in the record, and it being apparent that the appeal has been abandoned, the motion of the Attorney General to affirm the judgment is sustained.

Judgment affirmed. Mandate forthwith.